```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOHANNA ROSARIO,                                                 :
                                                                 :
                                        Plaintiff,               :     1:20-cv-10020-GHW
                                                                 :
               -against-                                         :     ORDER
                                                                 :
COMMISSIONER OF SOCIAL SECURITY,                                 :
                                                                 :
                                        Defendant.               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/21

GREGORY H. WOODS, District Judge:

On December 22, 2020, the Court ordered the parties to "discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge" and to respond within two weeks of the date of that order, as explained further in the order. Dkt. No. 10. Therefore, the parties' response was due no later than January 5, 2021. As of the date of this order, the Court has not received a response from the parties. The parties are directed to confer and provide their response forthwith.

The Clerk of Court is directed to mail a copy of this order and the Court's December 22, 2020 order, Dkt. No. 10, to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: January 18, 2021

_____
GREGORY H. WOODS
United States District Judge