

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/21

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

March 3, 2021

**By ECF**
Hon. Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

        Re:   *Rosario v. Commissioner of Social Security,*
                **No. 20-cv-10020 (GHW) (BCM)**

Dear Judge Moses:

      This Office represents Andrew M. Saul, the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff challenges a decision to deny her application for Social Security disability benefits.

      I respectfully write to request a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from March 3, 2021, to April 23, 2021. The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

      This is the Commissioner's first request for an extension of time to file the certified administration record. I have been unable to determine whether the plaintiff, who is appearing *pro se*, consents to this request for an extension. Our Office has left multiple voice messages for the plaintiff, and I have had email communications with the plaintiff in Spanish and English, but I was not able to determine by the date of this letter whether the plaintiff consents to extend the Commissioner's filing deadline due to due to language and translation difficulties. Nevertheless, I respectfully request that the Court grant the extension of time to enable the agency to prepare the certified administrative record, which will facilitate the resolution of this case on the merits.

I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

BY:   /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Cell: (646) 596-1952
Email: amanda.parsels@usdoj.gov

cc:   Johanna Rosario (by mail and email)
*Plaintiff* Pro Se

---

Application GRANTED. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff. SO ORDERED.

*[signature]*

Barbara Moses, U.S.M.J.
March 4, 2021