USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHANNA ROSARIO,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-CV-10020 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Commissioner filed the administrative record on June 3, 2021. (Dkt. No. 16.) Pursuant to the Court's Scheduling Order dated December 4, 2020 (Dkt. No. 8), the Commissioner was directed to file a motion for judgment on the pleadings no later than 60 days after the administrative record was filed. (*Id.* at 1.) Although that deadline has now passed, no motion has been filed. The Commissioner shall do so no later than **August 18, 2021**.

Dated: New York, New York
       August 11, 2021

                            **SO ORDERED**.

                            _____
                            **BARBARA MOSES**
                            **United States Magistrate Judge**