```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOHANNA ROSARIO,                                                 :
                                                                 :
                                       Plaintiff,                :      1:20-cv-10020-GHW
                                                                 :
                      -against-                                  :      ORDER
                                                                 :
COMMISSIONER OF SOCIAL SECURITY,                                 :
                                                                 :
                                       Defendant.                :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/21

GREGORY H. WOODS, District Judge:

On December 22, 2020, the Court ordered the parties to "discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge" and to respond within two weeks of the date of that order, as explained further in the order. Dkt. No. 10. The parties did not respond to that order timely. Neither party requested an extension of the deadline established in that order. As a result, on January 19, 2021, the Court issued another order, reminding the parties of their obligations under the Court's prior order and directing a response "forthwith" and in any event no later than January 25, 2021. As of the date of this order, the Court has not received a response from the parties to either order. Neither party requested an extension of the deadline established in that order. Accordingly, the Court again directs the parties to confer and provide their response to the Court's December 22, 2020 order forthwith, and in no event later than September 3, 2021.

The Court is concerned by the parties' failure to comply with the Court's prior orders—in particular, given the plaintiff's prior status as a *pro se* litigant, the failure by counsel for the United States to do so. Therefore, in addition, the Court directs that counsel for the United States write the Court describing the steps that she took in order to comply with the Court's prior orders and the

justification for the Government's decision to fail to comply with the Court's orders, and not to seek extensions of the deadlines established by the Court. That letter is due no later than September 1, 2021.

SO ORDERED.

Dated: August 20, 2021

_____
GREGORY H. WOODS
United States District Judge