

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHANNA ROSARIO DIAZ,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-CV-10020 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The oral argument currently scheduled for September 14, 2022 is ADJOURNED to **September 20, 2022, at 10:30 a.m.**

Dated: New York, New York
       September 13, 2022

                          **SO ORDERED**.

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**