UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHANNA ROSARIO DIAZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.



20-CV-10020 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

    Plaintiff Johanna Rosario filed this action pursuant to § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security denying her applications for disability insurance benefits and supplemental security income. The case is before me for all purposes pursuant to 28 U.S.C. § 636(c).

    The Court has carefully reviewed the record, the briefs, and applicable law, heard oral argument from the parties on September 20, 2022, announced its decision on the record at the conclusion of the argument (the Oral Decision), and directed the parties to order a copy of the transcript and split the costs.

    For the reasons detailed in the Oral Decision, the Court has determined that the Commissioner failed adequately to develop the record regarding plaintiff's mental impairments. Therefore, the Commissioner's motion for judgment on the pleadings (Dkt. 18) is DENIED and the case is REMANDED, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Oral Decision.

    The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
       September 20, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**