UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHANNA ROSARIO DIAZ,

                      Plaintiff,                      20 **CIVIL** 10020 (BCM)

      -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated September 20, 2022, Commissioner's motion for judgment on the pleadings is DENIED and the case is REMANDED, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Oral Decision; accordingly the case is closed.

**Dated:**  New York, New York
          September 22, 2022

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                    **BY:**

                                                                **Deputy Clerk**